**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC., :
Plaintiff :
:
: CA 06 382ML
v. : C.A. No. ____________
:
:
UNITA PACKING, INC., :
Defendant :

## COMPLAINT

### Nature of the Action

1. Colombo Importing U.S., Inc. brings this action to collect upon a series of unpaid invoices for goods purchased by and delivered to the defendant, Unita Packing, Inc.

### The Parties

2. Colombo Importing U.S. ("Colombo") is a corporation organized and existing under the laws of the State of New Jersey, and maintains its principal place of business in Edison, New Jersey. Colombo imports foods and food products from around the world including cheeses and international specialty items, and sells and distributes such items to wholesalers and retailers.

3. Unita Packing, Inc. ("Unita") is a corporation organized and existing under the laws of the State of Rhode Island, and maintains its principal place of business at 41 Comstock Parkway, Cranston, Rhode Island.

### Jurisdiction and Venue

4. This court has jurisdiction pursuant to 28 U.S.C §1332, as the parties are

citizens of different states and the amount in controversy exceeds $75,000.00 (seventy-five thousand dollars), exclusive of interest and costs.

5. The defendant purchased and received delivery of product from Colombo in Rhode Island and has otherwise had significant contacts with and within the State of Rhode Island so as to be subject to this Court's *in personam* jurisdiction.

6. Venue is appropriate in this District.

**Facts Giving Rise to This Action**

7. Unita placed written purchase orders with Colombo for the purchase and delivery of food products over a period of several years beginning in approximately 2001. Colombo accepted and filled those orders, delivering food product to Unita as requested.

8. For each order completed, Colombo issued and delivered to Unita a dated invoice detailing the product for which payment was being billed, the amount of the product shipped, the number of units and price-per-unit of the items shipped, and the total amount being billed for the product. Each invoice rendered by Colombo expressly recited that payment was to be made on a "Net 30" basis. Each invoice rendered by Colombo indicated that any claim on the quality of food delivered was to be made within "5 days from date of delivery."

9. In approximately 2004, Unita began to fall significantly behind in payment of invoices to Colombo. Despite repeated assurances from Unita's principals that further payments would be made, Unita has not made a payment on the outstanding balance owed to Colombo since approximately August 2005.

10. Attached as Exhibit A are true and accurate copies of invoices rendered to Unita by Colombo for product delivered to and accepted by Unita (the "Invoices"), for

which payment has not been made. The unpaid balance of the Invoices totals $104,141.60.

11. Despite demand from Colombo, Unita has failed to pay Colombo the balance of the Invoices. Upon information and belief, Unita has sold and distributed to its own customers all the food product for which the Invoices were rendered.

**COUNT I**
**BREACH OF CONTRACT**

12. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

13. Colombo and Unita contracted for the purchase and provision of food products. The pricing, conditions, payment and other essential terms are those reflected on the Invoices rendered by Colombo.

14. Colombo performed all conditions precedent, if any, necessary to entitle it to full performance by Unita under the contract.

15. Unita breached its contractual obligations to Colombo by failing to pay amounts due under the agreement as reflected in the Invoices on a timely basis. As a result of this breach, Colombo has been harmed.

WHEREFORE, Colombo Importing U.S., Inc. requests that judgment enter in its favor against Unita Packing, Inc. in the amount of $104,141.60, plus interest as provided by statute, and costs and reasonable attorneys' fees as allowed under R.I. Gen. Laws § 9-1-45.

**COUNT II**
**BOOK ACCOUNT**

16. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

17. The unpaid balance of the Invoices totals $104,141.60. Unita is liable to Colombo in that amount on this book account, plus interest as provided under statute.

WHEREFORE, Colombo Importing U.S., Inc. requests that judgment enter in its favor against Unita Packing, Inc. in the amount of $104,141.60, plus interest as provided by statute, and costs and reasonable attorneys' fees as allowed under R.I. Gen. Laws § 9-1-45.

**COUNT III**
**UNJUST ENRICHMENT**

18. The plaintiff restates and realleges each preceding paragraph as if specifically set forth herein.

19. Unita purchased and received goods from Colombo as described herein.

20. Unita has been enriched at the expense of Colombo without compensating Colombo, and it would be unjust to permit Unita to retain this benefit without fully compensating Colombo for the reasonable value of the goods.

21. As a result of the unjust enrichment of Unita, Colombo has been harmed.

WHEREFORE, Colombo Importing U.S., Inc. requests that judgment enter in its favor against Unita Packing, Inc. in the amount of $104,141.60, plus interest as provided by statute, and costs and reasonable attorneys' fees as allowed under R.I. Gen. Laws § 9-1-45.

Dated: August 28, 2006

COLOMBO IMPORTING U.S., INC.

By Its Counsel,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688