**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1-800-308-2544
Fax (732) 321-0347

**Invoice** INV02275
**Date** 5/20/2004
**Page** 1 of 1

| Bill To: | Ship To: |
|---|---|
| UNITA PACKING, INC.<br>41 COMSTOCK PARKWAY<br>CRANSTON, R.I. 02921<br>USA | UNITA PACKING, INC.<br>41 COMSTOCK PARKWAY<br>CRANSTON, R.I. 02921<br>USA |

| P.O. NO. |
|---|
| 10724 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD01972 | 5/20/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ANC02000 | 80 | 80 | 1X15 LBS | ANTICA CORTE - PARMA HAM (PROSCIUT | 1,199.870 | LBS | $6.790 | $0.000 | $6.790 | $8,147.14 |
| | | 80 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH167360

| | |
|---|---|
| Subtotal | $8,147.14 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $8,147.14 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

# Colombo Importing US Inc.

P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

**Invoice** INV02413
**Date** 7/8/2004
Page 1 of 1

Bill To
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

Ship To :
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
| --- |
| 10960 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ORD02099 | 7/8/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANC02000 | 80 | 80 | 1X15 LBS | ANTICA CORTE - PARMA HAM (PROSCIUT | 1,161.600 | LBS | $6.790 | $0.000 | $6.790 | $7,887.29 |
| REG03000 | 30 | 30 | 1X75 LBS | PARMIGIANO REGGIANO WHEEL N/L | 2,674.920 | LBS | $6.850 | $0.000 | $6.850 | $18,323.20 |
| REG04000 | 50 | 50 | 1X40LBS | AUSTRALIAN HARD CHEESE | 2,204.600 | LBS | $1.690 | $0.000 | $1.690 | $3,725.77 |
| | | 160 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH174199

| | |
| --- | --- |
| Subtotal | $29,936.26 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $29,936.26 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1-800-308-2544
Fax (732) 321-0347

**Invoice** INV02538
**Date** 8/18/2004
Page 1 of 1

**Bill To:**
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To:**
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 09121 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02220 | 8/18/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRS02002 | 62 | 62 | 1X15 LBS | ANTICHI COLLI PARMA HAM | 893.690 | LBS | $6.650 | $0.000 | $6.650 | $5,943.03 |
| ROM01000 | 225 | 225 | 1x50 LBS | ITALIAN PECORINO ROMANO CHEESE SM | 12,897.810 | LBS | $2.530 | $0.000 | $2.530 | $32,631.46 |
| | | 287 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH179861

| | |
|---|---|
| Subtotal | $38,574.49 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $38,574.49 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

# Colombo Importing US Inc.

P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

Invoice INV02658
Date 9/28/2004
Page 1 of 1

**Bill To**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 09171 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02358 | 9/28/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SRD01000 | 45 | 45 | 1X50 | SARDINIAN PECORINO ROMANO N/L | 2,071.820 | LBS | $2.570 | $0.000 | $2.570 | $5,324.58 |
| PRS02002 | 50 | 50 | 1X15 LBS | ANTICHI COLLI PARMA HAM | 733.610 | LBS | $6.790 | $0.000 | $6.790 | $4,981.18 |
| | | 95 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH185954

| | |
|---|---|
| Subtotal | $10,305.76 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $10,305.76 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

| | |
|---|---|
| **Invoice** | **INV02713** |
| **Date** | **10/14/2004** |
| Page | 1 of 1 |

**Bill To:**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To:**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 11096 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02417 | 10/14/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SRD01000 | 45 | 45 | 1X50 | SARDINIAN PECORINO ROMANO N/L | 2,047.990 | LBS | $2.520 | $0.000 | $2.520 | $5,160.92 |
| | | 45 | **Total Cases** | | | | | | | |

Transport No.:
Release No.: SH186345

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

| | |
|---|---|
| Subtotal | $5,160.92 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $5,160.92 |

# Colombo Importing US Inc.

P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

**Invoice** INV02799
**Date** 11/9/2004
**Page** 1 of 1

**Bill To**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
| --- |
| 11119 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ORD02507 | 11/9/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PRS02000 | 82 | 82 | 1X15 LBS | ANTICA CORTE PARMA HAM | 1,152.390 | LBS | $6.790 | $0.000 | $6.790 | $7,824.72 |
| | | 82 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH192904

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

| | |
| --- | --- |
| Subtotal | $7,824.72 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $7,824.72 |

# Colombo Importing US Inc.

P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1-800-308-2544
Fax (732) 321-0347

Invoice INV02981
Date 12/29/2004
Page 1 of 1

**Bill To:**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To:**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 11164 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02730 | 12/29/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRS02016 | 102 | 102 | 1X15 LBS | CORTE FARNESE PARMA HAM | 1,484.180 | LBS | $6.860 | $0.000 | $6.860 | $10,181.47 |
| REG03000 | 8 | 8 | 1X75 LBS | PARMIGIANO REGGIANO WHEEL N/L | 653.600 | LBS | $6.690 | $0.000 | $6.690 | $4,372.58 |
| | | 110 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH201271

| | |
|---|---|
| Subtotal | $14,554.05 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $14,554.05 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION