**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | : | |

**PROOF OF SERVICE**

On August 28, 2006, the undersigned, legal counsel for the plaintiff in this matter, caused a copy of the Summons and Complaint to be served upon the defendant, Unita Packing, Inc., through a Certified Process Server, Paul G. Hughes, whose Affidavit of Service and Return of Service on the original Summons are attached hereto.

Dated: September 27, 2006

COLOMBO IMPORTING U.S., INC.

By Its Counsel,

/S/ Thomas R. Noel
Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 27th day of September, 2006, I served a true copy of this document by First Class Mail upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ Thomas R. Noel