# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
District of Rhode Island

Case Number: CA 06 382ML

Plaintiff:
**COLOMBO IMPORTING U.S. INC.**

vs.

Defendant:
**UNITA PACKING INC.**

For:
Thomas R. Noel, Esq.
NOEL & GYORGY LLP
50 South Main St.,
Providence,, RI 02903

Received by HUGHES LEGAL SUPPORT to be served on **UNITA PACKING INC., 41 Comstock Parkway, Cranston, RI 02921**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **28th day of August, 2006** at 4:08 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **Summons In A Civil Case; Complaint** with the date and hour of service endorsed thereon by me to FREDERICK VICARIO, president as AUTHORIZED MANAGING BUSINESS AGENT of the within named corporation.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'2, Weight: 240, Hair: Brown, Glasses: N

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Specially Appointed Federal Process Server by the Chief Judge for the U.S. District Court for Rhode Island.

Paul G. Hughes
Certified U.S.D.C. Process Ser

HUGHES LEGAL SUPPORT
Www.Rhodeislandprocess.Com
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980
Our Job Serial Number: 2006013335

Before me on the 28th day of August, 2006 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

S.L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires Aug. 16, ~~2006~~ 2010

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.8d

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

COLOMBO IMPORTING U.S., INC.

V.

UNITA PACKING, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CA 06 382** ML

TO: (Name and address of Defendant)

Unita Packing, Inc.
41 Comstock Parkway
Cranston, RI 02921

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas R. Noel, Esquire
Noel & Gyorgy LLP
50 So. Main Street, 3rd Floor
Providence, Rhode Island 02903
401-272-7400
401-621-5688 (fax)
TNoel@LawNoel.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE August 28, 2006

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/28/06 |
| NAME OF SERVER *(PRINT)* PAUL G HUGHES | TITLE FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: 

☐ Returned unexecuted: 

☒ Other (specify): SERVED FREDERICK VICARIO, PRES. OF UNITA PACKING INC. AT 41 COMSTOCK PARKWAY, CRANSTON, RI 02920

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 80.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/28/06 @ 408 pm
Date

[signature]
Signature of Server

PAUL G. HUGHES
Superior Court Constable #40
Appointed Federal Process Server

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8980
Address of Server

[signature]

FREDERICK VICARIO

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.