**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC. :
:
v. : CA No. 06-382 ML
:
UNITA PACKING, INC. :

**AFFIDAVIT AND APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO RULE 55(a)**

1. On August 28, 2006, the undersigned, as legal counsel for the plaintiff in this matter, caused a copy of the Summons and Complaint to be served upon the defendant, Unita Packing, Inc., through a Certified Process Server. See *Proof of Service*, filed contemporaneously herewith.

2. The answer was due on or about September 18, 2006.

3. The defendant, Unita Packing, Inc., has failed to answer or otherwise respond to the Summons and Complaint.

WHEREFORE, the plaintiff, Colombo Importing U.S., Inc., requests that Default be entered against the defendant, Unita Packing, Inc.

I, Thomas R. Noel, declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and accurate based on my own personal knowledge or knowledge and information adduced by me as legal counsel for the plaintiff herein.

TRN
Thomas R. Noel, Esq.

Date: 9/27/06

**DEFAULT HEREBY ENTERED.**

J. Holland
**DEPUTY CLERK**
9.28.06

Dated: September 27, 2006

COLOMBO IMPORTING U.S., INC.

By Its Counsel,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 27th day of September, 2006, I served a true copy of this document by First Class Mail upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.