**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | : | |

**AFFIDAVIT OF RINA MCERLAIN
IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

I, Rina McErlain, under oath do hereby depose and state as follows:

1. I make this affidavit upon my own personal knowledge or upon knowledge and information derived in my professional capacity as Office Manager for the plaintiff in this litigation, Colombo Importing U.S., Inc. ("Colombo").

2. I am an employee of Colombo and have been so employed by Colombo for approximately five years. My duties at Colombo include managing the company's receivables, payables, and collections. As part of my duties at Colombo, I have monitored and become familiar with the account of Unita Packing, Inc., the defendant in this litigation.

3. I assisted with the formulation of the *Complaint* filed on behalf of Colombo in this matter, and I hereby affirm, verify, and attest to the statements and allegations made in the *Complaint*. Further, the invoices attached to the *Complaint* as filed, additional copies of which are attached to this Affidavit as *Exhibit A*, are true and accurate copies of invoices rendered to Unita that remain unpaid (the "Unpaid Invoices")for product sold and delivered to Unita that. The base amount of the Unpaid Invoices totals $104,141.60.

4. Each of the Unpaid Invoices indicates that the amounts billed were due and payable within 30 days, and Colombo expects its customers to abide by that term. None of the Unpaid Invoices was satisfied in whole or in part within thirty days.

5. I have been informed by counsel that prejudgment interest may be added to the base amount of the Unpaid Invoices for periods the invoice remains unpaid after 30 days, and that the interest rate to be applied under Rhode Island law is twelve percent (12%) per annum.

6. I assisted with the formulation of the spreadsheet attached hereto as *Exhibit B*, which reflects the calculation of simple interest at 12% per year on the base amount of each invoice, the accrual of interest for each invoice starting on the 31st day after the invoice date. It is my belief that the attached spreadsheet accurately calculates interest due under the method described above totaling $26,829.44 through October 31, 2006. Interest continues to accrue at the rate of $34.24 per day thereafter.

7. The amount due from Unita Packing, Inc., as of October 31, 2006, for product purchased and delivered, therefore totals:

| | |
|---|---|
| Invoice Balance | $104,141.60 |
| Interest | $26,829.44 |
| | **$130,971.04** |

I declare under penalty of perjury that the foregoing is true and accurate based on my own personal knowledge or, where so indicated, that I believe such to be true.

NOVEMBER 7, 2006
Date

Ms. Rina McErlain, Office Manager
Colombo Importing U.S., Inc.

SWORN BEFORE ME,
MICHAEL ANTHONY CARLI,
ON THIS 7TH DAY
OF NOVEMBER, 2006
AT THE CITY OF
VAUGHAN, ONTARIO.

Michael Anthony Carli

Submitted By:

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

Counsel for Colombo Importing U.S., Inc.

**Exhibit A**

Colombo Importing US Inc.
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1-800-308-2544
Fax (732) 321-0347

Invoice INV02275
Date 5/20/2004
Page 1 of 1

**Bill To:**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To:**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

P.O. NO.: 10724

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD01972 | 5/20/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ANC02000 | 80 | 80 | 1X15 LBS | ANTICA CORTE - PARMA HAM (PROSCIUT | 1,199.870 | LBS | $6.790 | $0.000 | $6.790 | $8,147.14 |
| | | 80 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH167360

| | |
|---|---|
| Subtotal | $8,147.14 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $8,147.14 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

# Colombo Importing US Inc.

P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

Invoice INV02413
Date 7/8/2004
Page 1 of 1

**Bill To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 10960 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02099 | 7/8/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ANC02000 | 80 | 80 | 1X15 LBS | ANTICA CORTE - PARMA HAM (PROSCIUT | 1,161.600 | LBS | $6.790 | $0.000 | $6.790 | $7,887.29 |
| REG03000 | 30 | 30 | 1X75 LBS | PARMIGIANO REGGIANO WHEEL N/L | 2,674.920 | LBS | $6.850 | $0.000 | $6.850 | $18,323.20 |
| REG04000 | 50 | 50 | 1X40LBS | AUSTRALIAN HARD CHEESE | 2,204.600 | LBS | $1.690 | $0.000 | $1.690 | $3,725.77 |
| | | 160 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH174199

| | |
|---|---|
| Subtotal | $29,936.26 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $29,936.26 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

Invoice INV02538
Date 8/18/2004
Page 1 of 1

**Bill To :**
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To :**
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 09121 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02220 | 8/18/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRS02002 | 62 | 62 | 1X15 LBS | ANTICHI COLLI PARMA HAM | 893.690 | LBS | $6.650 | $0.000 | $6.650 | $5,943.03 |
| ROM01000 | 225 | 225 | 1x50 LBS | ITALIAN PECORINO ROMANO CHEESE SM | 12,897.810 | LBS | $2.530 | $0.000 | $2.530 | $32,631.46 |
| | | 287 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH179861

| | |
|---|---|
| Subtotal | $38,574.49 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $38,574.49 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1-800-308-2544
Fax (732) 321-0347

Invoice INV02658
Date 9/28/2004
Page 1 of 1

**Bill To:**
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To:**
UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 09171 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02358 | 9/28/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SRD01000 | 45 | 45 | 1X50 | SARDINIAN PECORINO ROMANO N/L | 2,071.820 | LBS | $2.570 | $0.000 | $2.570 | $5,324.58 |
| PRS02002 | 50 | 50 | 1X15 LBS | ANTICHI COLLI PARMA HAM | 733.610 | LBS | $6.790 | $0.000 | $6.790 | $4,981.18 |
| | | 95 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH185954

| | |
|---|---|
| Subtotal | $10,305.76 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $10,305.76 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

| | |
|---|---|
| Invoice | INV02713 |
| Date | 10/14/2004 |
| Page | 1 of 1 |

**Bill To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 11096 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02417 | 10/14/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SRD01000 | 45 | 45 | 1X50 | SARDINIAN PECORINO ROMANO N/L | 2,047.990 | LBS | $2.520 | $0.000 | $2.520 | $5,160.92 |
| | | **45** | **Total Cases** | | | | | | | |

Transport No.:
Release No.: SH186345

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

| | |
|---|---|
| Subtotal | $5,160.92 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $5,160.92 |

# Colombo Importing US Inc.

P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1- 800-308-2544
Fax (732) 321-0347

Invoice INV02799
Date 11/9/2004
Page 1 of 1

**Bill To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 11119 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02507 | 11/9/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRS02000 | 82 | 82 | 1X15 LBS | ANTICA CORTE PARMA HAM | 1,152.390 | LBS | $6.790 | $0.000 | $6.790 | $7,824.72 |
| | | 82 | Total Cases | | | | | | | |

Transport No.:
Release No.: SH192904

| | |
|---|---|
| Subtotal | $7,824.72 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $7,824.72 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Colombo Importing US Inc.**
P.O. Box 222
Edison, NJ USA 08818-0222
Tel (732) 906-1053 1-800-308-2544
Fax (732) 321-0347

**Invoice** INV02981
**Date** 12/29/2004
Page 1 of 1

**Bill To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

**Ship To :**

UNITA PACKING, INC.
41 COMSTOCK PARKWAY
CRANSTON, R.I. 02921
USA

| P.O. NO. |
|---|
| 11164 |

| ORDER NO. | DATE SHIPPED | SHIP VIA | F.O.B. | CUSTOMER NO. | FROM | FREIGHT | SLM | TERMS |
|---|---|---|---|---|---|---|---|---|
| ORD02730 | 12/29/04 | Customer Pick Up | Invoice | U00001 | FONDDULAC | Collect | HOUSE | Net 30 |

| PRODUCT NO. | QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | DESCRIPTION | UNITS | PER | PRICE | DISC | NET PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| PRS02016 | 102 | 102 | 1X15 LBS | CORTE FARNESE PARMA HAM | 1,484.180 | LBS | $6.860 | $0.000 | $6.860 | $10,181.47 |
| REG03000 | 8 | 8 | 1X75 LBS | PARMIGIANO REGGIANO WHEEL N/L | 653.600 | LBS | $6.690 | $0.000 | $6.690 | $4,372.58 |
| | | **110** | **Total Cases** | | | | | | | |

Transport No.:
Release No.: SH201271

| | |
|---|---|
| Subtotal | $14,554.05 |
| Other | |
| Freight | |
| Taxes | |
| Discount | |
| Total | $14,554.05 |

NO CLAIM ALLOWED AFTER 5 DAYS FROM DATE OF DELIVERY - NO RETURNS WILL BE ACCEPTED WITHOUT OUR PERMISSION

**Exhibit B**

| Invoice | Invoice Date | | Credit | Balance | Due Date | Days Previous Balance Overdue | Interest |
|---|---|---|---|---|---|---|---|
| | | | -$366.08 | -$366.08 | | | |
| 2275 | 05/20/2004 | $8,147.14 | | $7,781.06 | 6/20/04 | 0 | $0.00 |
| 2413 | 07/08/2004 | $29,936.26 | | $37,717.32 | 8/8/04 | 49 | $125.35 |
| 2538 | 08/18/2004 | $38,574.49 | | $76,291.81 | 9/18/04 | 41 | $508.41 |
| 2658 | 09/28/2004 | $10,305.76 | | $86,597.57 | 10/29/04 | 41 | $1,028.37 |
| 2713 | 10/14/2004 | $5,160.92 | | $91,758.49 | 11/14/04 | 16 | $455.53 |
| 2799 | 11/09/2004 | $7,824.72 | | $99,583.21 | 12/10/04 | 26 | $784.35 |
| 2981 | 12/29/2004 | $14,554.05 | | $114,137.26 | 1/29/05 | 50 | $1,636.98 |
| | 05/24/2005 | | -$9,995.66 | $104,141.60 | | 115 | $4,315.33 |
| | | | | $104,141.60 | | 525 | $17,975.13 |
| | | 10/31/2006 | | | | | $26,829.44 |

| | | |
|---|---|---|
| | Invoice Balance | $104,141.60 |
| **Total princ. and interest due as of October 31, 2006:** | Interest | $26,829.44 |
| | | **$130,971.04** |

**Interest continues to accrue at $34.24 per day**