**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | : | |

**Affidavit of Thomas R. Noel, Esq.**
**In Support of Plaintiff's Motion for Default Judgment**

I, Thomas R. Noel, under oath do hereby depose and state as follows:

1. I am an attorney licensed to practice law in the State of Rhode Island. I make this affidavit upon my own personal knowledge or upon knowledge and information derived in my professional capacity as legal counsel for the plaintiff, Colombo Importing U.S., Inc. ("Colombo").

2. I am a partner in the law firm of Noel & Gyorgy LLP, whose business address is 50 South Main Street, Providence, Rhode Island. Noel & Gyorgy LLP serves as legal counsel for Colombo in this action.

3. Noel & Gyorgy LLP has charged Colombo for time expended on this matter at my standard rate of $250.00 per hour. Additionally, Colombo has been charged for costs incurred.

4. Attached to this affidavit are true and accurate copies of billing invoices rendered by Noel & Gyorgy LLP to Colombo for services provided to Colombo concerning this matter to through October 31, 2006.

5. Colombo has been charged a total of $6,515.16 in fees and costs incurred through October 31, 2006. Costs and fees of course will continue to accrue until judgment is rendered and satisfied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate based on my own personal knowledge or, where so indicated, that I believe such to be true.

11/8/06
Date

Thomas R. Noel, Esq.

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Colombo Importing U.S., Inc.
Attn: Rina McErlain
3700 Steeles Avenue W., Suite. 702
Woodbridge ON L4L 8K8
Canada

August 03, 2006

In Reference To: Unita Packing, Inc.

Invoice # 1219

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2006 | TRN | Telephone calls with Mr. Page regarding representation and background of case. Research Colombo, target company and law office. E-mail to Mr. Page. | 0.80<br>250.00/hr | NO CHARGE |
| 7/20/2006 | TRN | Review receivables documents sent by Ms. McErlain. Notes regarding information needed. | 0.30<br>250.00/hr | 75.00 |
| 7/31/2006 | TRN | Telephone call with Ms. McErlain regarding history and background. Notes regarding same. | 0.50<br>250.00/hr | 125.00 |
| | | For professional services rendered | 1.60 | $200.00 |
| 8/3/2006 | | Payment from retainer account. Thank You. | | ($200.00) |
| | | Total payments and adjustments | | ($200.00) |
| | | Balance due | | $0.00 |
| | | Previous balance of Retainer | | $0.00 |
| 7/20/2006 | | Payment to retainer account. Thank you | | $5,000.00 |

Colombo Importing U.S., Inc. 

| | | Amount |
|---|---|---|
| 8/3/2006 | Payment from retainer account. Thank You. | ($200.00) |
| | New balance of Retainer | $4,800.00 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Colombo Importing U.S., Inc.
Attn: Rina McErlain
3700 Steeles Avenue W., Suite. 702
Woodbridge ON L4L 8K8
Canada

September 07, 2006

In Reference To: Unita Packing, Inc.

Invoice # 1243

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2006 | TRN | Telephone call with Ms. McErlain regarding history, background and information requested. | 0.20<br>250.00/hr | 50.00 |
| 8/24/2006 | TRN | Review documents from Ms. McErlain. E-mail with same. Review purchase orders. Research Unita status and corporate information. Draft complaint against Unita. | 3.00<br>250.00/hr | 750.00 |
| 8/25/2006 | TRN | Finalize draft. E-mail to Ms. McErlain. | 0.40<br>250.00/hr | 100.00 |
| 8/28/2006 | TRN | Finalize complaint and exhibits. Work on damages analysis. Attention to cover sheet and service issues. Letter to Ms. McErlain. | 1.20<br>250.00/hr | 300.00 |
| 8/29/2006 | TRN | Telephone call with Mr. Page. Review proof of service. Assignment to Ms. Nolette. E-mail to Ms. McErlain. | 0.30<br>250.00/hr | NO CHARGE |
| | | For professional services rendered | 5.10 | $1,200.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 8/28/2006 | Filing fee - United States District Court | 350.00 |
| 8/30/2006 | Constable - service of summons and complaint on 8/28/06. | 80.00 |
| 8/31/2006 | Postage | 1.15 |
| | Photocopies $0.15 per page | 13.20 |
| | Total costs | $444.35 |
| | Total amount of this bill | $1,644.35 |
| 9/1/2006 | Payment from retainer account. Thank you | ($1,644.35) |
| | Total payments and adjustments | ($1,644.35) |
| | Balance due | $0.00 |
| | Previous balance of Retainer | $4,800.00 |
| 9/1/2006 | Payment from retainer account. Thank you | ($1,644.35) |
| | New balance of Retainer | $3,155.65 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Colombo Importing U.S., Inc.
Attn: Rina McErlain
3700 Steeles Avenue W., Suite. 702
Woodbridge ON L4L 8K8
Canada

October 12, 2006

In Reference To: Unita Packing, Inc.

Invoice # 1270

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2006 | TRN | Attention to affidavit of proof of service. | 0.50<br>250.00/hr | 125.00 |
| 9/27/2006 | TRN | Revise and finalize affidavit and application for entry of default. Letter to Court. Letter to Unita regarding filing. | 1.50<br>250.00/hr | 375.00 |
| 9/28/2006 | TRN | Review default notice from Court. Letter to Ms. McErlain. Review judgment process. | 0.50<br>250.00/hr | 125.00 |
| | | For professional services rendered | 2.50 | $625.00 |

Additional Charges :

| | | |
|---|---|---|
| 9/27/2006 | Postage | 0.78 |
| | Postage | 1.26 |
| | Photocopies $0.15 per page | 2.10 |
| | Total costs | $4.14 |

Colombo Importing U.S., Inc. 

| | | Amount |
|---|---|---|
| | Total amount of this bill | $629.14 |
| 10/12/2006 | Payment from retainer. Thank you. | ($629.14) |
| | Total payments and adjustments | ($629.14) |
| | Balance due | $0.00 |
| | Previous balance of Retainer | $3,155.65 |
| 10/12/2006 | Payment from retainer. Thank you. | ($629.14) |
| | New balance of Retainer | $2,526.51 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Colombo Importing U.S., Inc.
Attn: Rina McErlain
3700 Steeles Avenue W., Suite. 702
Woodbridge ON L4L 8K8
Canada

November 08, 2006

In Reference To: Unita Packing, Inc.

Invoice # 1299

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2006 | TRN | Work on damages issue. Compile spreadsheet. Research current cases regarding default judgment standards. Telephone call with Ms. McErlain.Research D & B report on Unita. | 2.60<br>250.00/hr | 650.00 |
| 10/3/2006 | TRN | Finalize spreadsheet. E-mail to Ms. McErlain.Work on memorandum for default judgment. | 2.40<br>250.00/hr | 600.00 |
| 10/6/2006 | TRN | E-mail with Ms. McErlain. Work on motion for judgment. | 0.90<br>250.00/hr | 225.00 |
| 10/24/2006 | TRN | Update interest calculation. Research cases regarding default judgment standards. Work on motion and affidavit. E-mail to Ms. McErlain regarding affidavit. | 1.40<br>250.00/hr | 350.00 |
| 10/25/2006 | TRN | Research regarding damages and prejudgment interest in default contract actions. Work on memorandum and calculation spreadsheet. Telephone call with Ms. McErlain regarding affidavit and process. Begin attorney affidavit regarding fees. | 3.70<br>250.00/hr | 925.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2006 | TRN | Emails with Ms. McErlain regarding affidavits. Research regarding application of 9-1-45 to recover attorneys fees. Work on memorandum and affidavits. | 2.90<br>250.00/hr | 725.00 |
| 10/27/2006 | TRN | Rework memo and motion. E-mail with Ms. McErlain. | 1.00<br>250.00/hr | 250.00 |
| 10/30/2006 | TRN | Revise affidavit. Prepare spreadhseet for filing. E-mail to Ms. McErlain. | 0.50<br>250.00/hr | 125.00 |
| 10/31/2006 | TRN | E-mail from Mr. McErlain. Further edit to affidavit. E-mail to Ms. McErlain. | 0.20<br>250.00/hr | 50.00 |
| | | For professional services rendered | 15.60 | $3,900.00 |

Additional Charges :

| | | |
|---|---|---|
| 10/16/2006 | Asset search on Unita by D &B Small Business ordered on October 3, 2006. | 139.99 |
| 10/26/2006 | Postage | 0.78 |
| 10/30/2006 | Photocopies $0.15 per page | 0.90 |
| | Total costs | $141.67 |
| | Total amount of this bill | $4,041.67 |
| | Balance due | $4,041.67 |
| | Previous balance of Retainer | $2,526.51 |
| | New balance of Retainer | $2,526.51 |