**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | : | |

## CERTIFICATE OF SERVICE

I do hereby certify that:

1. On the 8th day of November, 2006, I served a true copy of the Motion for Default Judgment, Memorandum In Support, the Affidavit of Rina McErlain, and the Affidavit of Thomas R. Noel, Esq., by First Class Mail and by Certified Mail, Return Receipt Requested, upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921;

2. To the best of my knowledge and the knowledge of Colombo Importing U.S., Inc., the address set forth above is the last known address of the defendant; and

3. The defendant is a Rhode Island corporation and is not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act of 1940, as amended.

A copy of the Certified Mail Return Receipt requested as mailed on this day is appended to this Certification.

/s/ Thomas R. Noel

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

COUNSEL FOR
COLOMBO IMPORTING U.S., INC.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Unita Packing, Inc.
41 Comstock Parkway
Cranston, RI 02921

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*
B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7001 0320 0001 6248 8042

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424