**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | : | |

**AFFIDAVIT OF SERVICE OF**
**MOTION FOR DEFAULT JUDGMENT DOCUMENTS**

1. The undersigned, legal counsel for the plaintiff in this matter, on November 8, 2006 caused a copy of the *Motion for Default Judgment*, *Memorandum In Support*, the *Affidavit of Rina McErlain*, and the *Affidavit of Thomas R. Noel, Esq.*, to be sent by First Class Mail and by Certified Mail, Return Receipt Requested, upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

2. Attached to this *Affidavit of Service* are true and accurate copies of the Certified Mail "green card," indicating that delivery of the certified mailing was made on Unita Packing, Inc. on November 9, 2006, and a print-out of the United States Postal Service "Track & Confirm" website page confirming delivery of the mailing on November 9.

Dated: November 28, 2006

COLOMBO IMPORTING U.S., INC.

By Its Counsel,

/S/ Thomas R. Noel

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 28th day of November, 2006, I served a true copy of this document by First Class Mail upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ Thomas R. Noel