**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0001 6248 8042

CRANSTON RI 02921

| | |
|---|---|
| Postage | $ $1.59 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.84 |

0102 PROVIDENCE RI MAIN PO WINDOW UNIT
Postmark Here
8
11/08/2006 USPS

Sent To: Unita Packing, Inc.
Street, Apt. No.; or PO Box No.: 41 Comstock Parkway
City, State, ZIP+4: Cranston, RI 02921

PS Form 3800, January 2001 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Unita Packing, Inc.
41 Comstock Parkway
Cranston, RI 02921

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (*Please Print Clearly*)
B. Date of Delivery: 11-9

C. Signature
X [signature] ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7001 0320 0001 6248 8042

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 0320 0001 6248 8042**
Status: **Delivered**

Your item was delivered at 11:20 AM on November 9, 2006 in CRANSTON, RI 02921.

Additional Details > Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy