DC 11
Rev. 7/82

CA-06-382ML

# WRIT OF EXECUTION

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF: United States District Court of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Unita Packing, Inc.
41 Comstock Parkway
Cranston, RI 02921

you cause to be made and levied as well a certain debt of: $138,513.40

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| One hundred thirty-eight thousand five hundred and thirteen | and | 40/100 dollars |

in the United States District Court for the XXXXX District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Unita Packing, Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE United States District Court | DISTRICT Rhode Island |
| CITY Providence, RI | DATE April 23, 2007 |

Witness the Honorable Chief Judge Mary M. Lisi
*(United States Judge)*

| | |
|---|---|
| DATE January 23, 2007 | CLERK OF COURT David DiMarzio |
| | (BY) DEPUTY CLERK [signature] |

RETURN

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |