**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC. :
:
v. : CA No. 06-382 ML
:
UNITA PACKING, INC.

**AFFIDAVIT OF THOMAS R. NOEL, ESQ. IN SUPPORT OF PLAINTIFF COLOMBO IMPORTING U.S., INC.'S REQUEST FOR A WRIT OF EXECUTION**

I, Thomas R. Noel, Esq., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the firm of Noel & Gyorgy LLP, 50 South Main Street, Providence, Rhode Island 02903, and I am admitted to practice before this Court. I offer this Affidavit in support of plaintiff Colombo Importing U.S., Inc. ("Colombo") request for a *Writ of Execution*.

2. On December 5, 2006, this Court entered Judgment on behalf of Colombo, against the defendant, Unita Packing, Inc. ("Unita"), in the amount of $138,513.40. A true and accurate copy of the *Judgment* is attached as *Exhibit 1*.

3. The amount due on the judgment represents compensatory damages in the amount of $104,141.60, prejudgment interest through November 30, 2006 in the amount of $27,856.64, and reasonable attorneys' fees and costs in the amount of $6,515.16, inclusive of costs of suit.

4. The undersigned, legal counsel for the plaintiff in this matter, on November 8, 2006 caused a copy of the *Motion for Default Judgment*, *Memorandum In Support*, the *Affidavit of Rina McErlain*, and the *Affidavit of Thomas R. Noel, Esq.*, to be

sent by First Class Mail and by Certified Mail, Return Receipt Requested, upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

5. Unita has made no payments, either pre- or post-judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 23d day of January, 2007.

[signature]

Thomas R. Noel, Esq.