**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC. :
:
v. : CA No. 06-382 ML
:
UNITA PACKING, INC. :

**JUDGMENT**

Judgment hereby enters in favor of the plaintiff, Colombo Importing U.S., Inc., against defendant Unita Packing, Inc., in the total amount of $138,513.40, representing compensatory damages in the amount of $104,141.60, prejudgment interest through November 30, 2006 in the amount of $27,856.64, and reasonable attorneys' fees and costs in the amount of $6,515.16, inclusive of costs of suit.

Mary M. Lisi USDJ
Enter
Date: 12/5/06

Barbara Barletta
Ordered

Presented By:

TRN 12/1/06

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

As Counsel for
Colombo Importing U.S., Inc.