**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC. :
:
v. : CA No. 06-382 ML
:
UNITA PACKING, INC.

**PLAINTIFF COLOMBO IMPORTING U.S., INC.'S**
**MOTION FOR POST-JUDGMENT ATTACHMENT**

Plaintiff Colombo Importing U.S., Inc. ("Colombo") hereby moves for an Order granting Colombo's *Motion for Post-Judgment Attachment* pursuant to Rule 70 of the Federal Rules of Civil Procedure, against Unita Packing, Inc. As grounds for this *Motion*, plaintiff relies on the accompanying *Memorandum of Law*.

WHEREFORE, Colombo Importing U.S., Inc., respectfully requests that the Court grant its *Motion for Post-Judgment Attachment*, and issue an *Order* authorizing the attachment and conveyance of assets and personal property of defendant, Unita Packing, Inc., up to the amount of $138,513.40, and grant such other relief as this Court deems just and proper.

Dated: January 31, 2007

COLOMBO IMPORTING U.S., INC.
By Its Attorneys,

/s/ John R. Harrington
Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on January 31, 2007, I served via First Class Mail a true copy of this document upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ John R. Harrington

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR POST-JUDGMENT ATTACHMENT**

On December 5, 2006, this Court entered Judgment on behalf of the plaintiff, Colombo Importing U.S., Inc. ("Colombo"), against the defendant, Unita Packing, Inc. ("Unita"), in the amount of $138,513.40. *See Judgment attached as Exhibit 1*.

As of this date, the entire amount of the Judgment remains outstanding. Consequently, Colombo is compelled to request an *Order* from this Court authorizing the attachment of assets and personal property in an amount up to and including the Judgment amount.

An examination of land evidence records reveal that the real property on which the Unita facility is located is owned by a related entity that is not presently a party herein but which is apparently controlled by the same individual.[1] However, Colombo is aware of certain assets and accounts owned by Unita, including a bank account at Citizens Bank (account No. 16371224) and business property located at its plant in Cranston, Rhode Island. As determined by entry of the Judgment herein and the Verified Complaint in this matter, Unita owes Colombo a substantial sum and has not made a payment on its debt to Colombo since August 2005.

[1] The realty is owned by an entity called "FV, LLC." The initials "FV" may stand for Frank Vicario, who is listed as FV, LLC's manager. Mr. Vicario is also president of the corporation, Unita, the named defendant herein.

On January 23, 2007, Colombo obtained from this Court a writ of execution. *See writ of execution and return receipt attached as Exhibit 2.* On January 26, 2007, the United States Marshalls Service served the writ on Mr. Vicario, the president and owner of Unita. *Id.* Mr. Vicario failed to satisfy the writ, and the US Marshall indicated on the return receipt for the writ that Unita "[d]idn't have the money." *Id.* Consequently, given Unita's complete failure to satisfy the Judgment in this matter despite owning and controlling substantial assets, there is a substantial need for security in this matter pending payment by Unita. Therefore, Colombo requests that this Court issue an *Order* authorizing the attachment and conveyance of assets and personal property of Unita, up to the amount of $138,513.40.

WHEREFORE, plaintiff, Colombo Importing U.S., Inc., respectfully requests that the Court grant its *Motion for Post-Judgment Attachment*, and issue an *Order* authorizing the attachment and conveyance of assets and personal property of defendant, Unita Packing, Inc. ("Unita"), up to the amount of $138,513.40, and grant such other relief as this Court deems just and proper.

Plaintiff does not believe that oral argument or an evidentiary hearing is necessary for the Court to rule on this Motion.

Dated: January 31, 2007

COLOMBO IMPORTING U.S., INC.
By Its Attorneys,

/s/ John R. Harrington
Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on January 31, 2007, I served via First Class Mail a true copy of this document upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ John R. Harrington