**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | | |

**PLAINTIFF COLOMBO IMPORTING U.S., INC.'S MOTION FOR JUDGMENT DEBTOR HEARING**

Plaintiff Colombo Importing U.S., Inc. ("Colombo") hereby moves for an Order granting Colombo's *Motion for Judgment Debtor Hearing* pursuant to Rule 69 of the Federal Rules of Civil Procedure. As grounds for this *Motion*, plaintiff relies on the accompanying *Memorandum of Law*.

WHEREFORE, Colombo Importing U.S., Inc., respectfully requests that the Court grant its *Motion for Judgment Debtor Hearing*, and issue an *Order*, in the form attached to this Motion, compelling defendant Unita Packing, Inc. ("Unita"), by and through its president, Mr. Frank Vicario, to appear before this Court in order that the Court may make or allow to be made by the plaintiff, an examination of Unita's assets, income, and circumstances and the financial ability of Unita to pay the judgment.

Dated: January 31, 2007

COLOMBO IMPORTING U.S., INC.
By Its Attorneys,

/s/ John R. Harrington
Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on January 31, 2007, I served via First Class Mail a true copy of this document upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ John R. Harrington

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| COLOMBO IMPORTING U.S., INC. | : | |
| | : | |
| v. | : | CA No. 06-382 ML |
| | : | |
| UNITA PACKING, INC. | | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF COLOMBO IMPORTING U.S., INC.'S MOTION FOR JUDGMENT DEBTOR HEARING**

On December 5, 2006, this Court entered Judgment on behalf of the plaintiff, Colombo Importing U.S., Inc. ("Colombo"), against the defendant, Unita Packing, Inc. ("Unita"), in the amount of $138,513.40. *See Judgment,* attached *as Exhibit 1.*

As of this date, the entire amount of the Judgment remains outstanding. On January 23, 2007, Colombo obtained from this Court a writ of execution. *See writ of execution and return receipt attached as Exhibit 2.* On January 26, 2007, the United States Marshalls Service served the writ on Mr. Vicario, the president and owner of Unita. *Id.* Mr. Vicario failed to satisfy the writ, and the US Marshall indicated on the return receipt for the writ that Unita "[d]idn't have the money." *Id.*

Unita has made no effort to satisfy the judgment and has not given any indication that it intends to satisfy the judgment despite maintaining ongoing business operations and despite owning substantial assets in Rhode Island. An examination of land evidence records reveals that the real property on which the Unita facility is located is owned by a related entity that is not presently a party herein but which is apparently controlled by the same individual, Frank Vicario.[1] In addition, Colombo is aware of certain assets and accounts owned by Unita, including a bank account at Citizens Bank (account No.

---

[1] The realty is owned by an entity called "FV, LLC." The initials "FV" may stand for Frank Vicario, who is listed as FV, LLC's manager. Mr. Vicario is also president of the corporation, Unita, the named defendant herein.

16371224) and business property located at its plant in Cranston, Rhode Island. Consequently, Colombo is compelled to request an *Order* from this Court compelling Frank Vicario, the president of the defendant, Unita, to appear before this Court in order that the Court may make or allow to be made by the plaintiff, an examination of Unita's assets, income, and circumstances and the financial ability of Unita to pay the judgment.

WHEREFORE, plaintiff, Colombo Importing U.S., Inc., respectfully requests that the Court grant its *Motion for Judgment Debtor Hearing*, and respectfully requests that the Court select a date and time upon which the Court may make or allow to be made by the plaintiff, an examination of Unita's assets, income, and circumstances and the financial ability of Unita to pay the judgment. The plaintiff respectfully requests that the Court issue an Order in the form attached to the accompanying *Motion for Judgment Debtor Hearing*, compelling Unita Packing, Inc., by and through its president, Frank Vicario, to appear before this Court in order to conduct an examination of Unita's assets, income, and circumstances and the financial ability of Unita to pay the judgment.

Plaintiff does not believe that oral argument or an evidentiary hearing is necessary for the Court to rule on this Motion.

Dated: January 31, 2007

COLOMBO IMPORTING U.S., INC.
By Its Attorneys,

/s/ John R. Harrington
Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on January 31, 2007, I served via First Class Mail a true copy of this document upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ John R. Harrington