**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC. :
:
v. : CA No. 06-382 ML
:
UNITA PACKING, INC.

# ORDER

Upon Plaintiff's *Motion for Judgment Debtor Hearing*, it is hereby ORDERED:

1. The Court hereby grants Plaintiff's *Motion for Judgment Debtor Hearing* against the judgment debtor, Unita Packing, Inc. ("Unita");

2. Unita, by and through its president, Mr. Frank Vicario, is hereby ordered to appear at ____________ on ____________________________ at the United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, RI 02903, Courtroom ______, the Honorable Mary M. Lisi presiding;

3. At the Hearing, the Court may make or allow to be made by the plaintiff, Colombo Importing U.S., Inc. ("Colombo"), an examination of Unita's assets, income, and circumstances and the financial ability of Unita to pay the judgment;

4. Colombo shall serve this order by delivering a copy to Unita at least six days prior to the date of the hearing; and

5. If Frank Vicario fails to appear, the inquiry may proceed in his absence and a civil body attachment may issue.

ORDERED:

_____________________________

**Mary M. Lisi**
United States District Judge

Entered as an Order
of this Court on ____________.

_________________________
Deputy Clerk

Presented by:
Dated: January 31, 2007

Thomas R. Noel, Esq. (#4239)
John R. Harrington (#7173)
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
tnoel@lawnoel.com

Attorneys for
COLOMBO IMPORTING U.S., INC.