DC 11
Rev. 7/82

# WRIT OF EXECUTION

**United States District Court** — DISTRICT: Rhode Island

TO THE MARSHAL OF: United States District Court of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Unita Packing, Inc.
41 Comstock Parkway
Cranston, RI 02921

you cause to be made and levied as well a certain debt of: $138,513.40

DOLLAR AMOUNT: One hundred thirty-eight thousand five hundred and thirteen and DOLLAR AMOUNT: 40/100 dollars

in the United States District Court for the XXXXX District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Unita Packing, Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE: United States District Court | DISTRICT: Rhode Island |
| CITY: Providence, RI | DATE: April 23, 2007 |

Witness the Honorable Chief Judge Mary M. Lisi *(United States Judge)*

| | |
|---|---|
| DATE: January 23, 2007 | CLERK OF COURT: David DiMarzio |
| | (BY) DEPUTY CLERK: [signature] |

## RETURN

| | |
|---|---|
| DATE RECEIVED: 1/26/07 | DATE OF EXECUTION OF WRIT: 1/26/07 |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL: BURTON STALLWOOD | (BY) DEPUTY MARSHAL: C.A Moore |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Colombo Importing U.S., Inc.
COURT CASE NUMBER: 06-382 ML

DEFENDANT: Unita Packing, Inc.
TYPE OF PROCESS: Writ of Execution

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Unita Packing, Inc.

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 41 Comstock Parkway, Cranston, RI 02921

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold | Fold

RECEIVED
2007 JAN 24 A
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 401.272.7005
DATE: 1/24/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kawa | 1/24/07 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: FRED VICARO - PRESIDENT/OWNER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:
41 COMSTOCK PARKWAY
CRANSTON, RI

Date of Service: 1/26/07 Time: 1040 am

Signature of U.S. Marshal or Deputy: C.A. Moore

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 40.00 | $ 11.57 | | $51.57 | $ 150.00 | | $ 98.43 |

REMARKS: (1) DEP (1 HR) (26 MILES) C. MOORE - "DIDN'T HAVE THE MONEY"

[signature] 1-26-07

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)