# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

C.A. 06-382 ML

## The President of the United States of America

*To the Marshal of the United States for the District of Rhode Island, or his Deputy,*

*GREETING: WE COMMAND YOU to attach the goods, chattels and real estate of*

Unita Packing, Inc.
(NAME)

41 Comstock Parkway, Cranston, Rhode Island 02921
(ADDRESS))

*and them in safe custody keep; and also to attach the personal estate of the said*

Unita Packing, Inc.
(NAME)

*in the hands or possession of* ______
(NAME)

______

*of* ______
(ADDRESS)

*as the Trustee of said* Unita Packing, Inc.
(NAME)

*and also attach h__ stock or shares in any banking association or incorporated company to the*

*value of* $138,513.40 *dollars;*
(AMOUNT OF PLAINTIFF'S DEMAND FOR JUDGMENT TOGETHER WITH REASONABLE ALLOWANCE FOR INTEREST AND COSTS)

*as demanded by* Colombo Importing U.S., Inc.
(NAME)

*of* Edison, New Jersey
(ADDRESS)

*in an Action commenced by a Complaint filed with said Court on* August 28, 2006
(DATE OF COMMENCEMENT OF THE ACTION)

*at our U.S. District Court at Providence within and for the District of Rhode Island, and make due return of this Writ with your doings thereon.*

*You are commanded to serve said party with a copy of this Writ of Attachment and of the return of service thereof (when summons and complaint are served upon said Defendant in an action in connection with which said attachment is made).* *

*WITNESS, the Hon.* Mary M. Lisi *Judge of said Court, at Providence,*
*this* ______ *day of* ______, *A.D. 2* ______

[signature]
Clerk

* MATTER IN BRACKETS NOT APPLICABLE WHEN THIS IS A SUBSEQUENT ATTACHMENT.

# WRIT OF ATTACHMENT

## CIVIL ACTION

**File # CA.** 06-382 ML

Colombo Importing U.S., Inc.

**Plaintiff(s)**

v.

Unita Packing, Inc.

**Defendant(s)**

Thomas R. Noel, Esquire (#4239)
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400

[signature]

Attorney for Plaintiff(s)

I, Thomas R. Noel, Esquire counsel for, Plaintiff named in the within Writ, make affidavit and say that Colombo Importing U.S., Inc.

has a just claim against the Defendant, Unita Packing, Inc.

named in said Writ that is due, upon which he expects to recover in said action a sum sufficient to give jurisdiction to the Court tow which said Writ is returnable.

[signature]

Subscribed and sworn to at Providence in the County of Providence this 28 day of February A.D. 2007

Before me, [signature]

Notary Public

Comm'n Expires 7/18/09