**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

COLOMBO IMPORTING U.S., INC. :
:
v. : CA No. 06-382 ML
:
UNITA PACKING, INC.

## SUGGESTION OF BANKRUPTCY

Notice is hereby given that defendant Unita Packing, Inc. has, on March 8, 2007, filed for bankruptcy protection under the Bankruptcy Code of the United States of America. The case number is: *In re: Unita Packing Co., Inc.*, BK 07-10373.

Dated: March 14, 2007

COLOMBO IMPORTING U.S., INC.
By Its Attorneys,

/s/ John R. Harrington
Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

## CERTIFICATION

I hereby certify that on March 14, 2007, I served via First Class Mail a true copy of this document upon Unita Packing, Inc., 41 Comstock Parkway, Cranston, RI 02921.

/s/ John R. Harrington